

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00534-CR

Curtis Scott **CRENWELGE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A12121
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's brief was originally due November 28, 2016; however, the court granted appellant an extension of time until December 27 to file the brief. Appellant has file another motion, requesting an additional thirty days to file the brief.

We **grant** the motion and **order** appellant's brief due **January 27, 2017** (60 days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. If the brief or a conforming motion is not filed by the date ordered, the court may abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.



Keith E. Hottle
Clerk of Court